UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRICKLAYERS LOCAL #8 OF ILLINOIS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:21-cv-557 |
| | ) |
| MR. DAVID'S FLOORING INTERNATIONAL, LLC., d/b/a MR. DAVID'S CARPET SERVICE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

   Comes now, Greg A. Campbell, and hereby enters his appearance on behalf of the plaintiffs in the above-styled cause.

            HAMMOND AND SHINNERS, P.C.
            13205 Manchester Road, Suite 210
            St. Louis, MO 63131
            Phone: 314-727-1015

              /s/ Greg A. Campbell