UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRICKLAYERS LOCAL #8 OF ILLINOIS AND EMPLOYERS PENSION PLAN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MR. DAVID'S FLOORING INTERNATIONAL, LLC d/b/a MR. DAVID'S CARPET SERVICE, )<br><br>Defendant. ) | Case No. 3:21-cv-00557 NJR |

## MOTION TO DISMISS WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-styled matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804

       /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Mr. David's Carpet Service, 865 West Irving Park Road, Itasca, IL 60143.

       /s/ Greg A. Campbell