IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRICKLAYERS LOCAL #8 OF ILLINOIS AND EMPLOYERS PENSION PLAN, MATT BRAUN, JAMES BLANEY, JASON MORGAN, KEVIN KENNEDY, RICHARD SEYMORE, TOM MCGINNIS, BRIAN NEVERMAN, LESTER MASON, JIM MEEK, STEVEN MORTHOLE, EDGAR HUMM, BRAD BRAKER, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL LOCAL UNION NO. 8 OF ILLINOIS,

Plaintiffs,

v.

MR. DAVID'S FLOORING INTERNATIONAL, LLC,

Defendant.

Case No. 3:21-CV-557-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Motion to Dismiss dated September 27, 2021 (Doc. 5), which the Court construed as a Notice of Voluntary Dismissal, this action was **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED:  September 27, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
       Deputy Clerk

APPROVED:  _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge